# United States District Court
# Western District of Kentucky
# at Louisville

**UNITED STATES OF AMERICA**                                              **PLAINTIFF**

**VS.**                  **CRIMINAL ACTION NUMBER: 3:24-CR-67-CHB**

**JOSEPH LANHAM**                                                        **DEFENDANT**

## ORDER ON DETENTION HEARING

The above-styled case came before the Honorable Regina S. Edwards, United States Magistrate Judge on June 7, 2024 to conduct a detention hearing.

### APPEARANCES

| | |
|---|---|
| For the United States: | Corinne E. Keel, Assistant United States Attorney |
| For the defendant: | Defendant Joseph Lanham - Present and in custody<br>Nader G. Shunnarah, retained – Present |
| Court Reporter: | Digitally recorded |

The Court having heard sworn witness testimony and arguments from counsel and for the reasons fully stated on the record,

**IT IS HEREBY ORDERED** that the defendant is released on an unsecured bond in the amount of $100,000.00 with conditions pending further order of the Court. The defendant shall remain in custody until 8:00 a.m. on Monday, June 10, 2024.

    June 7, 2024                              **ENTERED BY ORDER OF THE COURT:**
                                                       **REGINA S. EDWARDS**
                                                       **UNITED STATES MAGISTRATE JUDGE**
                                                       **JAMES J. VILT, JR., CLERK**
                                                       **BY: s/** *Ashley Henry* **- Deputy Clerk**

Copies: U.S. Attorney
         U.S. Probation
         Counsel for Defendant